IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| TERRY VAN WILLIAMS, | * |
| Plaintiff, | * |
| vs. | *   CASE NO: 7:03-CV-120(HL) |
| COOK COUNTY, GEORGIA, et al., | * |
| Defendants. | * |

## J U D G M E N T

Pursuant to this Court's ORDER dated August 22, 2006, and for the reasons stated therein, JUDGMENT is hereby entered in favor of the Defendants.  Plaintiff shall recover nothing from Defendants.  Defendants shall also recover costs of this action.

This the 23rd day of August, 2006.

*GREGORY J. LEONARD, CLERK*

BY: s/Robin Walsh
U. S. Deputy Clerk